IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 72.80.99.68

**ISP:** Verizon Internet Services
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/18/2017 15:55:51 | 1A324C70A178518A758FCF1D36AB4F46CBBDC491 | Truth or Dare |
| 11/18/2017 15:51:28 | 09889EBF7CDF9363654C0ACB2EC4A98317E3B44C | Luvv Me Tender |
| 11/11/2017 15:11:21 | 09991A767E6D7A74336DB34CF9065D7AD49280E8 | A Fucking Picnic |
| 10/27/2017 22:34:33 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 10/27/2017 02:59:43 | AF213C4CF6BAC34AF78612A3E2A6C7D69D36FF99 | The Studio Part #2 |
| 10/24/2017 01:52:49 | ADBF1B19395C8BBFC303373B62B48114FC1E9719 | XXX Threeway Games |
| 10/23/2017 06:50:05 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 10/23/2017 01:52:21 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 10/23/2017 01:47:01 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 10/19/2017 18:07:37 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 10/10/2017 03:53:31 | 8E8C511ECF850102118CD5F35F8FC76EE9B3C6D1 | Blonde Ambition |
| 07/21/2017 23:45:50 | 4F3B636AD5FF88A80F2D74935CD0093C61F427D3 | Sweeter Than Wine |
| 07/01/2017 17:20:55 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |
| 05/19/2017 23:28:37 | A952933DC3E61D1B14DD7F439A8E35FF2C6DC5F4 | New Year Bang |
| 05/19/2017 03:12:44 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

SNY401